UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., et al., | No. C06-652 SBA (EMC) |
| Plaintiffs, | |
| v. | **ORDER REQUIRING PLAINTIFFS TO SERVE MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY ON NON-PARTY COVAD COMMUNICATIONS CO. AND SETTING HEARING DATE** |
| DOES 1- 4, | |
| Defendants. | |

On January 31, 2006, Plaintiffs filed a complaint for copyright infringement against four unnamed defendants. That day, Plaintiffs also filed a motion for administrative relief for leave to take immediate discovery on a third party Internet Service Provider, Covad Communications Co. ("Covad"), for the limited purpose of determining the identities of the Doe Defendants, each of whom is known only by a unique Internet Protocol address. On February 1, 2006, Judge Armstrong referred the case to the undersigned for all discovery purposes.

The Notice of Electronic Filing, filed on the Court's electronic docket, indicates that the Notice of Motion for leave to take immediate discovery was emailed only to Plaintiffs' counsel, and no other proof of service has been filed on the docket.

Plaintiffs are hereby ordered to serve a copy of this order and Plaintiffs' Notice of Motion, Motion for Administrative Relief for Leave to Take Immediate Discovery, the supporting request for judicial notice and declaration, and proposed order on non-party Covad by February 10, 2006. Covad, or any other interested party, may file and serve an opposition, or request for extension of

1  time to file an opposition, to Plaintiffs' motion by February 22, 2006. Plaintiffs shall file any reply
2  by March 1, 2006.
3       The Court shall hear Plaintiffs' motion on March 8, 2006, at 10:30 a.m., in Courtroom C.
4       IT IS SO ORDERED.

6  Dated: February 7, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2